# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JAMES E. GANDY <br> *Plaintiff* <br> v. <br> STATE OF WASHINGTON, DIVISION OF CHILDREN AND FAMILY SERVICES OF PEND OREILLE COUNTY, et al., <br> *Defendant* | ) ) ) ) ) ) ) <br> Civil Action No.  CV-13-334-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Complaint is dismissed with prejudice for failure to state a claim upon which relief can be granted, pursuant to the Order of Dismissal entered on September 23, 2013, ECF No. 4.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Lonny R. Suko.

Date: September 23, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas